UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J & J PRODUCTIONS, INC.,

       Plaintiffs,

                                  Case No.: 17-11300
v.                                 Honorable Gershwin A. Drain

STRANGE CLOUDS HOOKAH
LOUNGE, INC., *et al.*,

       Defendants.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court, and in accordance with the Order entered on this date;

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Plaintiff and against Defendants in the amount of $5,441.86.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY:  T. Bankston
                                        DEPUTY CLERK

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Michael Kassab
at 48475 Red Oak Drive, Shelby Township, MI, 48315, on
February 8, 2018, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk