For use by Register of Deeds



**F I L E D**

MAR - 1 2018

**U.S. DISTRICT COURT**
**FLINT, MICHIGAN**

Original - Register of deeds
1st copy - Court
2nd copy - Judgment creditor
3rd copy - Judgment debtor
4th copy - Return of service

Approved, SCAO

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE OF JUDGMENT LIEN | CASE NO.<br>2:17-cv-11300-GAD-DRG |
|---|---|---|

**Court address**
United States District Court Eastern District of Michigan 231 W Lafayette Blvd Detroit, MI 48226

**Court telephone no.**
(313) 234-5215

| Plaintiff name<br>J & J SPORTS PRODUCTIONS, INC. | **V** | Defendant name<br>STRANGE CLOUDS HOOKAH LOUNGE, INC. |
|---|---|---|

| Judgment creditor's name and address<br><br>J & J Sports Productions, Inc.<br>Law Offices of Thomas P. Riley & Associates, P.C.<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 | Defendant name<br><br>Strange Clouds Hookah Lounge, Inc.<br>45849 Mound Rd.<br>Shelby Twp. MI 48317 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no.<br>xx-xxxxxx |
| Judgment creditor's attorney, bar no., address, and telephone no.<br>No. 1293-00056<br>Clinton Hubbell (P72321)<br>HUBBELL DUVALL, PLLC<br>26211 Central Park Blvd. Ste. 514<br>Southfield, MI 48076-4161<br>(248) 595-8617 | Judgment debtor's attorney, bar no., address, and telephone no. |

1. I am recording a judgment lien with the register of deeds in ___Macomb___ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $5,441.86.
3. The judgment was entered on 02/08/2018 and expires 02/08/2028.
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

02/27/2018
Date

Signature of judgment creditor/judgment creditor's attorney
Clinton Hubbell (P72321)

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

**DAVID J. WEAVER**

Clerk of the Court: _____

3-1-18
Date

Signed by: _____
Clerk/Deputy clerk

When recorded, return to: HUBBELL DUVALL, PLLC

**MC 94**  (6/17)  **NOTICE OF JUDGMENT LIEN**

MCL 600.2805