For use by Register of Deeds



**MAR - 1 2018**

**U.S. DISTRICT COURT**
**FLINT, MICHIGAN**

Original - Register of deeds
1st copy - Court
2nd copy - Judgment creditor
3rd copy - Judgment debtor
4th copy - Return of service

Approved, SCAO

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT | NOTICE OF JUDGMENT LIEN | CASE NO. 2:17-cv-11300-GAD-DRG |
|---|---|---|

**Court address**
United States District Court Eastern District of Michigan 231 W Lafayette Blvd Detroit, MI 48226

**Court telephone no.**
(313) 234-5215

| Plaintiff name J & J SPORTS PRODUCTIONS, INC. | V | Defendant name MICHAEL KASSAB |
|---|---|---|

Judgment creditor's name and address

J & J Sports Productions, Inc.
Law Offices of Thomas P. Riley & Associates, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Defendant name

Michael Kassab
48475 Red Oak Dr
Shelby Twp., MI 48315

Last 4 digits of social security no. or full tax identification no.
xxx-xx-xxxx

Judgment creditor's attorney, bar no., address, and telephone no.
No. 1293-00056

Clinton Hubbell (P72321)
HUBBELL DUVALL, PLLC
26211 Central Park Blvd. Ste. 514
Southfield, MI 48076-4161
(248) 595-8617

Judgment debtor's attorney, bar no., address, and telephone no.

1. I am recording a judgment lien with the register of deeds in ___Macomb___ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $5,441.86.
3. The judgment was entered on 02/08/2018 and expires 02/08/2028.
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

02/27/2018
Date

Signature of judgment creditor/judgment creditor's attorney
Clinton Hubbell (P72321)

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

**DAVID J. WEAVER**

Clerk of the Court: _____

3-1-18
Date

Signed by: _____
Clerk/Deputy clerk

When recorded, return to: HUBBELL DUVALL, PLLC

**MC 94** (6/17) **NOTICE OF JUDGMENT LIEN**

MCL 600.2805